## Law Offices of Ezra Spilke



1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

November 7, 2019

**BY ECF**
Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Fertides*, No. 18-CR-319-LTS

Dear Judge Swain:

  I represent Noel Martinez in this case. I have a long-planned family trip planned for the week of November 11, 2019. Accordingly, I respectfully request permission for Jeremy Schneider, counsel for Christian Pabon, to appear on my behalf at the conference scheduled for November 12, 2019. I have conferred with Mr. Martinez, who consents to this request. Thank you for your attention to this matter.

*The request is granted.*
*DE #163 resolved.*

Respectfully submitted,

SO ORDERED:

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
11/8/19

*/s Ezra Spilke*
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
(718) 783-3682
*Counsel for Noel Martinez*

Cc:   All counsel of record by ECF