UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- : 18-CR-319 (LTS)
:
NOEL MARTINEZ, :
:
                    Defendant. :
:
------------------------------------------------------------------------X

## ORDER

The Court will request that Defendant Noel Martinez's sentencing hearing, currently scheduled for May 11, 2021, at 2:00 p.m., take place on **May 20, 2021, at 2:00 p.m.**, in Courtroom 17C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York NY 10007. No hearing date or time can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars as open as possible on **May 20, 2021**, until further notice.

The parties' attention is directed to the attached information regarding Courthouse entry and COVID-19 test reporting protocols.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the sentencing proceeding at least 24 hours in advance of the proceeding. No hard copy documents will be accepted in the courtroom.

To access the audio feed of the hearing, members of the press and public may call 888-363-4734 and use access code 1527005# and security code #1022. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording,

and rebroadcasting of court proceedings.  See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

SO ORDERED.

Dated: New York, New York
April 29, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

# ATTENTION:
# ALL ENTERING THE COURTHOUSE

## Instructions for Entering the Courthouse



https://app.certify.me/SDNYPublic

**Step 1:**
Scan this QR code on your phone or visit the website listed to begin the registration process.
**To scan, use your phone camera and click the subsequent link that appears.

**Step 2:**
Fill out the form that appears. Be sure to use a mobile phone number.

**Step 3:**
Complete the Questionnaire. If you answer "yes" to any of these questions, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. If you have accidentally answered "yes" to a question instead of "no," please call (212) 805-0500 to receive another questionnaire.

**Step 4:**
Use your QR code, sent via text message, to scan in and enter the Courthouse. Proceed to the scanner, scan your QR code, and have your temperature taken via the thermal scanner. If the temperature reading is within the normal range, you may proceed into the Courthouse. If your temperature exceeds the normal range, you are denied entry into any SDNY courthouse at this time, per Standing Order 20 Misc. 138. The QR code will be needed each time you enter the Courthouse throughout the day. The code expires at the end of the day.

**If you have any questions, please call (212) 805-0500