UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :        18-CR-319-8 (LTS)
              -v-                                                   :
                                                                    :
NOEL MARTINEZ,                                                      :
                                                                    :
                          Defendant.                               :
                                                                    :
--------------------------------------------------------------------X

<u>ORDER</u>

The resentencing hearing currently scheduled for June 15, 2022, at 3:00 p.m., is

adjourned to **July 8, 2022, at 11:30 a.m.**

SO ORDERED.

Dated: New York, New York
       May 18, 2022

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge